UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRY R. SHAW, | ) | 1:04-cv-06457-AWI-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| JO ANNE B. BARNHART, | ) | **FOR PLAINTIFF'S FAILURE TO** |
| Commissioner of Social | ) | **TIMELY FILE AN OPENING BRIEF** |
| Security, | ) | (Doc. 8) |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Plaintiff, represented by counsel, is proceeding in an action seeking judicial review of an administrative decision of the Commissioner of Social Security denying an application for disability benefits.

   On October 27, 2004, plaintiff filed her complaint (Doc. 1). The Court's standard Scheduling Order (issued to pro se plaintiffs) directs plaintiff to file an Opening Brief ninety-five (95) days after the defendant files the administrative record, OR sixty-five (65) days after plaintiff served on defendant a confidential letter brief.  Defendant filed/lodged the administrative record on March 3, 2005 (Doc. 8).  On April

1

1  21, 2005, plaintiff filed a Stipulation and Proposed Order (Doc.
2  12), in this action but erroneously titled <u>Karen Anderson v. Jo</u>
3  <u>Anne B. Barnhart</u>, Case No. S-04-2637 DAD, to extend time to July
4  5, 2005, to "...respond to Defendant's answer..."  On May 13,
5  2005, the court issued a Minute Order (Doc. 13) advising the
6  parties that the court cannot consider same as it was not
7  submitted in Word Perfect via e-mail to:
8  <u>smsorders@caed.uscourts.gov</u>
9  and is essentially moot.  Thus, plaintiff's Opening Brief was due
10 to be filed and served on or before June 8, 2005.  To date,
11 plaintiff has neither filed an Opening Brief nor sought an
12 appropriate extension of time in which to do so.
13      A failure to comply with an order of the Court may result in
14 sanctions, including dismissal, pursuant to the inherent power of
15 the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.
16 P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501
17 U.S. 31, 42-43 (1991). Plaintiff's failure to timely file an
18 Opening Brief may result in dismissal of this action.
19      Accordingly, it is HEREBY ORDERED that:
20      1.   Plaintiff show cause why this action should not be
21 dismissed for lack of prosecution and failure to obey an order of
22 the Court; and,
23      2.   If plaintiff has any reasons why this action should not
24 be dismissed, they shall be submitted by a sworn Declaration of
25 facts on or before July 5, 2005, to which a supporting memorandum
26 of law may be appended, to include:
27           (A)  an explanation of the lack of activity in
28 this case; and,

```
            (B)  shall list each specific step plaintiff plans
to take to prosecute this case, and, particularly, to file and
serve an Opening Brief.
     Plaintiff is herein advised that failure to comply with
and/or respond to this order will result in a recommendation that
this action be dismissed.
```

IT IS SO ORDERED.

**Dated:   June 27, 2005**            **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE