UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRY R. SHAW, | ) | 1:04-cv-06457-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DISCHARGING ORDER** |
| | ) | **TO SHOW CAUSE** (Doc. 14) |
| v. | ) | |
| | ) | **INFORMATIONAL ORDER re:** |
| JO ANNE B. BARNHART, | ) | **RESPONSE TO ORDER TO** |
| Commissioner of Social | ) | **SHOW CAUSE** (Doc. 15) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding with counsel and is seeking judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On June 28, 2005, the Court issued an Order to Show Cause [#14] why this action should not be dismissed for plaintiff's failure to timely file an opening brief in compliance with the Court's Scheduling Order.  On July 5, 2005, plaintiff filed a Response to the Order to Show Cause [#15].  However, the Court DIRECTS plaintiff to take notice of the following in regard thereto:

1  At page 1, lines 20½-21½, plaintiff makes mention of "...a
2  stipulation (and proposed order) allowing plaintiff time to serve
3  a Confidential Letter Brief."  The Court notes that on April 21,
4  2005, the parties did, in fact, submit a stipulation and proposed
5  order to extend time [#12].  However, on May 13, 2005, and in
6  response thereto, the Court issued a Minute Order [#13] advising
7  counsel that the Court could not consider the stipulation as it
8  was not sent in WordPerfect format via e-mail to
9  smsorders@caed.uscourts.gov.  No further action having been taken
10 in response thereto, the Court was left with no alternative but
11 to issue the OSC.
12  Additionally, on page 1, line 23½, plaintiff states that she
13 "...has now served defendant's [sic] a Confidential Letter Brief,
14 copy attached as Exhibit A."  However, pursuant to the Court's
15 standard Scheduling Order, and, specifically, No. 3 therein, "The
16 letter brief shall NOT be filed with the court..." as it is, in
17 fact, CONFIDENTIAL!  Said Confidential Letter Brief was briefly
18 seen by this Court's administrative assistant only, who then
19 immediately contacted the court's Information Technology ("IT")
20 Department, and requested that the Confidential Letter Brief be
21 immediately expunged from the court's docket, as evidenced by the
22 following docket entry:

| 07/06/05 | ❍ | CLERK'S NOTICE of DOCKET CORRECTION: Attachment #1 deleted from 15 Response to Order to Show Cause. (Hutcheson, C)(Entered: 07/06/05) |

26  Further, on page 2, lines 1-2, plaintiff states that the
27 signed stipulation "...was filed with the Court earlier today..."
28 which was not, in fact, filed, according to the court's docket.

2

Nevertheless, it is hereby ORDERED that:

1. This Court's Order to Show Cause, filed June 28, 2005, is DISCHARGED.

2. Plaintiff is DIRECTED to take notice and be cognizant of all of the information contained herein.

3. All remaining actions under the Court's standard Scheduling Order shall proceed under the time limit guidelines set therein.

4. Plaintiff's opening brief is due by September 10, 2005, absent an appropriate and timely stipulation and proposed order to extend time.

IT IS SO ORDERED.

**Dated:   July 6, 2005**                      /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE

3