1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY SHAW, | CASE NO. 1:04-cv-06457-AWI-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective undersigned counsel, subject to the approval of the Court, that the time in which to file and serve an opening brief is hereby extended to October **11**, 2005 (10th is a Court Holiday).

DATED:  September 8, 2005

                                                                                     McGregor W. Scott
                                                                                     United States Attorney

| | |
|---|---|
| */s/ Ann M. Cerney* | */s/ Kristi Culver Capetan* |
| Ann M. Cerney | Kristi Culver Kapetan, ss |
| Attorney for Plaintiff | Assistant U S Attorney |
| | Attorney for Defendant |

    IT IS SO ORDERED:

DATED: 9/14/2005                                                                                      /s/ Sandra M. Snyder
                                                                                           Sandra M. Snyder
                                                                                           UNITED STATES MAGISTRATE JUDGE