ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY SHAW, | CASE NO. 1:04-cv-06457-AWI-SMS |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective undersigned counsel, subject to the approval of the Court, that the time in which to file and serve an opening brief is hereby extended to November 10, 2005.

DATED: October 10, 2005

McGregor W. Scott
United States Attorney

/s/ *Ann M. Cerney*
Ann M. Cerney
Attorney for Plaintiff

/s/ *Kristi C. Kapetan*
Kristi Culver Kapetan, ss
Assistant U S Attorney
Attorney for Defendant

IT IS SO ORDERED:

DATED: 10/21/2005

/s/ Sandra M. Snyder
Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE