1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8            **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                    —o0o—

10 SHERRY SHAW,                          CASE NO. 1:04-cv-06457-AWI-SMS

11            Plaintiff,                 **ORDER EXTENDING PLAINTIFF'S**
                                         **TIME TO FILE AND SERVE A REPLY**
12 vs.                                   **BRIEF**

13 JO ANNE B. BARNHART,                  NOTE:  please use the CORRECT Case
   Commissioner of Social Security,     Number on all future pleadings:
14
              Defendant.                 1:04-cv-06457-SMS
15 _____/

16        IT IS SO ORDERED that Plaintiff's time in which to file and serve a reply brief is hereby

17 extended from the present due date of December 28, 2005, by fifteen days, to the new date of

18 January 12, 2006.

19

20 DATED: <u>1/6/2006</u>

21                                        /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER
22                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                              1
   STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE A REPLY BRIEF