IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SHAW,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:04-cv-06457 (JKS)<br><br><u>JUDGMENT IN A CIVIL CASE</u> |

    The Court having entered its Memorandum Decision of even date herewith disposing of all issues raised,

    IT IS ORDERED, ADJUDGED AND DECREED

    that the decision of the Commissioner is REVERSED and REMANDED with directions to reconsider giving proper weight to the opinions of the treating physician under *Orn v. Astrue*, 495 F.3d 625 (9th Cir. 2007), and the examining psychologist under *Lester v. Chater*, 81 F.3d 821 (9th Cir. 1996).

Approved by:

 /s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ENTERED: September 28, 2007

Entered by:

Victoria C. Minor
Clerk of Court

by:  /s/ D. Waggoner
      Deputy Clerk