# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

*Shaw v. Astrue*
Case No. 1:04-cv-06457 JKS

By:             THE HONORABLE JAMES K. SINGLETON

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

Currently before the Court is Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Docket No. 34. Defendant shall file a response within fifteen days of the filing of this Order. Plaintiff may file a reply within five days of the Defendant's response.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>January 16, 2008</u>