1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON
4  Special Assistant United States Attorney

5    333 Market Street, Suite 1500
     San Francisco, California 94105
6    Telephone: (415) 977-8943
     Facsimile: (415) 744-0134
7    E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHERRY SHAW,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL NO. 1:04-CV-6457 JKS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND THREE HUNDRED and 00/100 DOLLARS ($5,300.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of FIVE THOUSAND THREE HUNDRED and 00/100 DOLLARS ($5,300.00), shall constitute a complete release from and bar to any and all claims of Plaintiff or counsel relating to EAJA fees in connection with this action, without prejudice to any future

request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                      Respectfully submitted,

Dated: January 28, 2008        /s/ *Ann Cerney*
                                      (As authorized via e-mail)
                                      ANN M. CERNEY
                                      Attorney for Plaintiff

Dated: January 28, 2008        McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                        /s/ *Peter Thompson*
                                        PETER THOMPSON
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                              ORDER

APPROVED AND SO ORDERED.


DATED: February 14, 2008      /s/ James K. Singleton
                                          JAMES K. SINGLETON
                                          UNITED STATES DISTRICT JUDGE